IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY L. DELACH, | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. 3:12-CV-02401 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Kane) |
| Defendant | : | |

ORDER

August 6, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Wendy L. Delach as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Wendy L. Delach social security disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

BY THE COURT:

s/Yvette Kane
Yvette Kane
United States District Judge